**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jermaine BROWN, a/k/a Jeezy,**
**Defendant–Appellant.**

**No. 15–7223.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 17, 2015.

Decided: Dec. 22, 2015.

Jermaine Brown, Appellant Pro Se. Robert Edward Bradenham, II, Assistant United States Attorney, Timothy Richard Murphy, Special Assistant United States Attorney, Kristine Elizabeth Wolfe, Office of the United States Attorney, Newport News, Virginia; Gurney Wingate Grant, II, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jermaine Brown appeals from the district court's orders construing his Fed. R.Civ.P. 60(b) motion as an unauthorized successive 28 U.S.C. § 2255 (2012) motion and dismissing it on that basis, and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Brown*, Nos. 4:09–cr–00063–RBS–TEM–10; 4:13–cv–00041–RBS (E.D. Va. Apr. 24, 2015; June 8, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*